IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER DELSON, | No. C-11-01464 EDL |
| Plaintiff, | **ORDER GRANTING REQUEST FOR ADDITIONAL TIME** |
| v. | |
| THAI DELIGHT CUISINE COMPANY, et al., | |
| Defendants. | |

On May 4, 2011, Narong Sapsuwan, the president of Defendant Thai Delight Cuisine Company, filed a letter seeking fifteen days from May 2, 2011 to find counsel to represent Defendant. Good cause appearing, Mr. Sapsuwan shall have until May 17, 2011 to obtain counsel. If Mr. Sapsuwan requires additional time, he may seek additional leave of Court. The Court notes that under the Northern District of California Civil Local Rule 3-9(b), "[a] corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."

**IT IS SO ORDERED.**
Dated: May 12, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge