COOPER, WHITE & COOPER LLP
JEFFERY P. WOO (SBN 132697)
  jwoo@cwclaw.com
HARRISON T. NAM (SBN 190934)
  hnam@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant
THAI DELIGHT CUISINE COMPANY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WALTER DELSON,<br><br>Plaintiff,<br><br>vs.<br><br>THAI DELIGHT CUISINE COMPANY, LTD.; MICHELLE J. SCHWARTZ; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. C-11-01464-EDL<br><br>STIPULATION [AND ~~PROPOSED~~ ORDER] EXTENDING TIME FOR THAI DELIGHT CUISINE COMPANY, LTD., TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Judge: Hon. Elizabeth D. Laporte<br>Trial Date: Not set |

Plaintiff WALTER DELSON ("Plaintiff") and defendant THAI DELIGHT CUISINE COMPANY, LTD. ("Defendant"), by and through their respective counsel, hereby enter into the following stipulation:

1.  Defendant was served with the Summons and Complaint in this action on or about April 11, 2011.

2.  Plaintiff agrees to grant Defendant an extension of time through May 27, 2011, to file its responsive pleading to Plaintiff's Complaint. As such, the last day for Defendant to answer

/ / /
/ / /
/ / /
/ / /

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

657315.1

CASE NO. C-11-01464-EDL
STIPULATION [AND PROPOSED ORDER] EXTENDING TIME FOR THAI DELIGHT CUISINE COMPANY, LTD., TO RESPOND TO PLAINTIFF'S COMPLAINT

or otherwise respond to Plaintiff's Complaint shall be extended up to and including May 27, 2011.

SO STIPULATED

DATED: May 20, 2011          LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein, Esq.
Attorneys for Plaintiff
WALTER DELSON

DATED: May 20, 2011          COOPER, WHITE & COOPER LLP

By: _____
Jeffery P. Web, Esq.
Attorneys for Defendant
THAI DELIGHT CUISINE COMPANY, LTD.

ORDER

Good cause appearing, IT IS ORDERED that the last day for defendant THAI DELIGHT CUISINE COMPANY, LTD. to answer or otherwise respond to Plaintiff's Complaint shall be extended up to and including May 27, 2011.

Dated: May 23, 2011

HO_____
United_____
Judge Elizabeth D. Laporte

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

657315.1                        2                        CASE NO. C-11-01464-EDL
STIPULATION [AND PROPOSED ORDER] EXTENDING TIME FOR THAI DELIGHT CUISINE COMPANY, LTD., TO RESPOND TO PLAINTIFF'S COMPLAINT