1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   WALTER DELSON
7
   *  Defendants' counsel listed after the caption
8

9                  UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12  WALTER DELSON,                          | Case No. C11-1464 EDL
13                    Plaintiff,            | Civil Rights
14        v.                                | STIPULATION AND
15  THAI DELIGHT CUISINE                    | ~~[PROPOSED]~~ ORDER OF
    COMPANY, LTD.; MICHELLE J.              | DISMISSAL WITH PREJUDICE
    SCHWARTZ; and DOES 1-10,                | PURSUANT TO FED. R. CIV. P.
16  Inclusive,                              | 41(a)(1)(A)(ii)
17                    Defendants.

18  JEFFREY P. WOO, ESQ.
    HARRISON T. NAM, ESQ.
19  COOPER, WHITE & COOPER LLP
20  201 California Street, 17th Floor
    San Francisco, CA 94111
21  Telephone: 415/433-1900
    Facsimile: 415/433-5530
22
    Attorneys for Defendant
23  THAI DELIGHT CUISINE COMPANY, LTD.
24
    STEPHEN G. PREONAS, ESQ.
25  KATZOFF & RIGGS
    1500 Park Avenue, Suite 300
26  Emeryville, CA 94608
    Telephone: 510/597-1990
27  Facsimile: 510/597-0295

28

1
2    Attorneys for Defendant
     MICHELLE J. SCHWARTZ
3

4    **TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL**

5    **PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

6              Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Walter Delson

7    ("Plaintiff") and defendants Thai Delight Cuisine Company, Ltd. and Michelle J.

8    Schwartz ("Defendants"), by and  through their respective counsel of record,

9    hereby STIPULATE that Plaintiff's action against Defendants be dismissed *with*

10   *prejudice*.  This Stipulation of Dismissal with prejudice is made pursuant to the

11   terms and conditions of a Consent Decree and Order, which resolves Plaintiff's

12   claims for injunctive relief [*see* Docket No. 26] and provides for this Court's

13   continued jurisdiction for enforcement purposes.

14

15              **IT IS SO STIPULATED.**

16

17

18   DATED: June 14, 2012          **LAW OFFICES OF PAUL L. REIN**

19

20                                By: _____/s/ Catherine M. Cabalo_____
                                       Catherine M. Cabalo
21                                Attorneys for Plaintiff
                                  WALTER DELSON
22

23

24   DATED: June 12, 2012          **COOPER, WHITE & COOPER LLP**

25

26                                By: _____/s/ Harrison T. Nam_____
                                       Harrison T. Nam
27                                Attorneys for Defendant
                                  THAI DELIGHT CUISINE COMPANY, LTD.
28
                                          - 2 -

1

2   DATED: June 12, 2012          **KATZOFF & RIGGS**

3

4                                 By: _____*/s/ Stephen G. Preonas*_____
                                        Stephen G. Preonas
5                                       Attorneys for Defendant
                                        MICHELLE J. SCHWARTZ
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                        - 3 -
28

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____June 19_____, 2012

Honorable Elizabeth D. Laporte
United States Magistrate Judge

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FILER'S ATTESTATION

Pursuant to General Order 45, section X(B), I hereby attest that on June 12, 2012, I, Catherine Cabalo, received the concurrence of Harrison Nam and Stephen Preonas in the filing of this document.

_____/s/ Catherine Cabalo_____

Catherine Cabalo

- 5 -

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
Case No. C11-1464 EDL
S:\CASES\T\THAI DELIGHT\PLEADINGS\2012 06 14 Stip re Dismissal w_ Prejudice.DOC