1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   WALTER DELSON
7
   * *Defendants' counsel listed after the caption*
8

9                UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12 | WALTER DELSON,                        | Case No. C11-1464 EDL |
13 | Plaintiff,                            | Civil Rights |
14 | v.                                    | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
15 | THAI DELIGHT CUISINE COMPANY, LTD.; MICHELLE J. SCHWARTZ; and DOES 1-10, Inclusive, | |
16 | | |
17 | Defendants.                           | |

18 JEFFREY P. WOO, ESQ.
   HARRISON T. NAM, ESQ.
19 COOPER, WHITE & COOPER LLP
   201 California Street, 17th Floor
20 San Francisco, CA 94111
   Telephone: 415/433-1900
21 Facsimile: 415/433-5530

22 Attorneys for Defendant
   THAI DELIGHT CUISINE COMPANY, LTD.
23

24
   STEPHEN G. PREONAS, ESQ.
25 KATZOFF & RIGGS
   1500 Park Avenue, Suite 300
26 Emeryville, CA 94608
   Telephone: 510/597-1990
27 Facsimile: 510/597-0295

28 ─────────────────────────────
   STIPULATION AND [PROPOSED]
   ORDER OF DISMISSAL
   Case No. C11-1464 EDL
   S:\CASES\T\THAI DELIGHT\PLEADINGS\2012 06 14 Stip re Dismissal w_ Prejudice.DOC

Attorneys for Defendant
MICHELLE J. SCHWARTZ

**TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Walter Delson ("Plaintiff") and defendants Thai Delight Cuisine Company, Ltd. and Michelle J. Schwartz ("Defendants"), by and through their respective counsel of record, hereby STIPULATE that Plaintiff's action against Defendants be dismissed *with prejudice*. This Stipulation of Dismissal with prejudice is made pursuant to the terms and conditions of a Consent Decree and Order, which resolves Plaintiff's claims for injunctive relief [*see* Docket No. 26] and provides for this Court's continued jurisdiction for enforcement purposes.

**IT IS SO STIPULATED.**

DATED: June 14, 2012         **LAW OFFICES OF PAUL L. REIN**

By:     */s/ Catherine M. Cabalo*
          Catherine M. Cabalo
          Attorneys for Plaintiff
          WALTER DELSON

DATED: June 12, 2012         **COOPER, WHITE & COOPER LLP**

By:     */s/ Harrison T. Nam*
          Harrison T. Nam
          Attorneys for Defendant
          THAI DELIGHT CUISINE COMPANY, LTD.

- 2 -

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
Case No. C11-1464 EDL
S:\CASES\T\THAI DELIGHT\PLEADINGS\2012 06 14 Stip re Dismissal w_ Prejudice.DOC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 12, 2012 | **KATZOFF & RIGGS** |
| 3 | | |
| 4 | | By: ____*/s/ Stephen G. Preonas*____ |
| 5 | | Stephen G. Preonas<br>Attorneys for Defendant<br>MICHELLE J. SCHWARTZ |

- 3 -

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
Case No. C11-1464 EDL
S:\CASES\T\THAI DELIGHT\PLEADINGS\2012 06 14 Stip re Dismissal w_ Prejudice.DOC

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: __June 19__, 2012                 _____
                                         Honorable Elizabeth D. Laporte
                                         United States Magistrate Judge

- 4 -

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL
Case No. C11-1464 EDL
S:\CASES\T\THAI DELIGHT\PLEADINGS\2012 06 14 Stip re Dismissal w_ Prejudice.DOC

**FILER'S ATTESTATION**

Pursuant to General Order 45, section X(B), I hereby attest that on June 12, 2012, I, Catherine Cabalo, received the concurrence of Harrison Nam and Stephen Preonas in the filing of this document.

/s/ Catherine Cabalo

Catherine Cabalo